UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Joshalyn Darden
*individually and on behalf of others similarly situated*
   Plaintiff

              CIVIL ACTION NO.:
  v.            1:23-cv-11540-BEM


Colbea Enterprises, L.L.C and
Andrew Delli Carpini
   Defendants
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>JUDGMENT</u>**
March 26, 2025

Murphy, D.J.

In accordance with the Memorandum and Order entered on <u>March 26, 2025</u>,
GRANTING Defendants' Motion for Summary Judgment, Judgment is entered on
behalf of the Defendants, Colbea Enterprises, L.L.C and Andrew Delli Carpini. This case
is hereby DISMISSED.

  SO ORDERED.

        <u>/s/ Brian E. Murphy</u>
        BRIAN E. MURPHY
        United States District Judge